```
 1  MARK GOLDROSEN, Bar No  101731
    Attorney at Law
 2  255 Kansas Street, Suite 340
    San Francisco, CA  94103
 3
    (415) 565-9600
 4
    Attorney for Defendant
 5  DAVID MATTHEW READ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-06-0295-SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE** |
| DAVID MATTHEW READ, | |
| Defendant. | |

The parties in this case stipulate as follows:

1. The case is currently scheduled for Judgment and Sentencing on September 1, 2006, at 11:00 a.m..

2. Good cause exists for continuing the Judgment and Sentencing hearing to November 10, 2006, at 1:30 p.m., for the following reasons.

3. U.S. Probation Officer E. Ann Searles needs additional time to conduct her presentence investigation and prepare her report. The parties have not yet received a draft presentence report.

1  IT IS SO STIPULATED.

2  DATED: August 28, 2006

3            /S/ Mark Goldrosen
          MARK GOLDROSEN
4            Attorney for Defendant
          DAVID MATTHEW READ

6  DATED: August 28, 2006

7            /S/ Stacey P. Geis
          STACEY P. GEIS
8            Assistant United States Attorney

10           ORDER

11   Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

12 ORDERED that the Judgment and Sentencing hearing be continued until November 10, 2006, at

13 11:00 a.m.

15 DATED: _____           [signature: Susan Illston]
          SUSAN ILLSTON
16           United States District Judge

- 2 -