| | |
|---|---|
| 1 | MARK GOLDROSEN, Bar No 101731 |
| 2 | Attorney at Law<br>255 Kansas Street, Suite 340<br>San Francisco, CA 94103 |
| 3 | |
| 4 | (415) 565-9600 |
| 5 | Attorney for Defendant<br>DAVID MATTHEW READ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-06-0295-SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING DATE FOR** |
| DAVID MATTHEW READ, | ) | **JUDGMENT AND SENTENCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties in this case stipulate as follows:

1. The case is currently scheduled for Judgment and Sentencing on September 1, 2006, at 11:00 a.m..

2. Good cause exists for continuing the Judgment and Sentencing hearing to November 10, 2006, at 1:30 p.m., for the following reasons.

3. U.S. Probation Officer E. Ann Searles needs additional time to conduct her presentence investigation and prepare her report. The parties have not yet received a draft presentence report.

1  IT IS SO STIPULATED.

2  DATED: August 28, 2006

3           /S/ Mark Goldrosen
   MARK GOLDROSEN
4  Attorney for Defendant
   DAVID MATTHEW READ
5

6  DATED: August 28, 2006

7           /S/ Stacey P. Geis
   STACEY P. GEIS
8  Assistant United States Attorney

9

10                         ORDER

11  Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

12  ORDERED that the Judgment and Sentencing hearing be continued until November 3, 2006, at

13  11:00 a.m.

14

15  DATED: _____          /s/ Susan Illston

16                         SUSAN ILLSTON
                           United States District Judge

- 2 -